Ivaylo Dodev,

c/o 38153 West Nina Street
Maricopa, Arizona 85138
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

FILE ON DEMAND

*Pro Se*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Ivaylo Dodev, | Case No. CV24-02931-PHX-KML |
|---|---|
| Plaintiff, | MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY and SUPPORTING INFORMATION |
| v. | |
| CITIBANK, N.A., DOES 1-10, | |
| Defendant. | |

**COMES NOW** Claimant, Ivaylo Dodev, ("Plaintiff") on his own behalf in *propria persona*, and hereby request permission to electronically file and serve his documents in the above-captioned action. Plaintiff states that, upon a showing of good cause below, he is able to comply with the equipment and rule requirements governing electronic filing including but not limited to:

A.  Type of personal computer and related software/equipment available for use;

B.  Personal computer running a standard platform such as Windows or Mac OS;

C.  Word processor such as Microsoft Word that can export to PDF • Internet

- 1 - | Page of Motion to Allow CM/CFM Filing

access (high speed is recommended);

D.  A *web browser* (Such as *current* versions of MS Edge, Google Chrome, Mozilla Firefox, or Safari);

E.  PDF conversion software - Adobe Acrobat current version (Standard or Professional) is recommended;

F.  Scanner for paper exhibits or other supporting documents which exist only in paper, and;

G.  Adobe Acrobat Reader or other PDF Viewer is needed for viewing e-filed PDF documents.

## IN FURTHER SUPPORT OF THIS MOTION, PLAINTIFF ANSWERS THE FOLLOWING QUESTIONS

A.  Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

**Answer: Yes**

B.  Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

**Answer: Yes**

C.  Have you read and become familiar with the District of Arizona's ECF Administrative Policies and Procedures Manual?

**Answer: Yes**

D.  Are you able to comply with all of the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's ECF Administrative Policies and Procedures Manual?

**Answer: Yes**

E.  Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

*Answer: Yes*

**RESPECTFULLY SUBMITTED** this 27th day of October, 2024

_____
**Ivaylo Dodev**, *Pro Se* Plaintiff
c/o 38153 West Nina Street
Maricopa, Arizona 85138
(480) 457-8888 Phone
(480) 457-8887 Facsimile