IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**Ivaylo Dodev,**

       **Plaintiff,**

v.

**CITIBANK, N.A.,**

**DOES 1-10,**

       **Defendant.**

Case No. CV24-02931-PHX-KML

**SUMMONS IN A CIVIL ACTION**

TO:    CITIBANK, NA
           5800 South Corporate Place,
           Sioux Falls, South Dakota 57108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Ivaylo Dodev,
    38153 West Nina Street
    Maricopa, Arizona 85138

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: _____

CLERK OF COURT



Signa_____ Clerk

ISSUED ON  11:25 am, Oct 28, 2024
s/ Debra D. Lucas, Clerk